IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTIAN DOUGLAS,** : | |
|        **Plaintiff,** : | |
|        **v.** : | Civ. No. 22-3304 |
| : | |
| **RS-WERKS AUTOMOTIVE SHOP, LLC,** : | |
|        **Defendant.** : | |

## O R D E R

**AND NOW,** this 1ˢᵗ day of June 2023, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                                      **AND IT IS SO ORDERED.**

                                                      *s/ Paul S. Diamond*

                                                      _____
                                                      Paul S. Diamond, J.